KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICIA SCHWALENBERG, PERSONAL REPRESENTATIVE OF THE ESTATE OF KELLY KOMPKOFF,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br><br><br>UNITED STATES OF AMERICA,<br><br>    Third-party plaintiff<br><br>vs.<br><br>MATTHEW KOMPKOFF,<br><br>    Third-party defendant. | Case No. 3:09-cv-00210 JWS<br><br><br><br><br>**REQUEST TO ENTER DEFAULT** |

Defendant/Third-Party Plaintiff, United States of America, through counsel, hereby applies to the Court for entry of Default in favor of the United States and against Third-Party Defendant Matthew Kompkoff in this cause for failure to plead, answer, or otherwise defend, as required by law.

This Application is based on the record and file in this case and the attached Affidavit.

RESPECTFULLY SUBMITTED, March 4, 2010, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Richard L. Pomeroy
RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**
I hereby certify that on March 3, 2010, a copy of the foregoing **REQUEST TO ENTER DEFAULT** was served electronically on Samuel J. Fortier, Esq. and served by U.S. Mail to:

Matthew Kompkoff #484975
Hudson Correctional Facility
3001 North Juniper Street
Hudson, CO 80642

s/ Richard L. Pomeroy