Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
1600 A. Street, Suite 101
Anchorage, Alaska 99501
Ph: (907) 277-4222
Fax: (907) 277-4221
Email: sfortier@fortmikk.alaska.com
Attorneys for Plaintiff Patricia Schwalenberg

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICIA SCHWALENBERG, PERSONAL REPRESENTATIVE OF THE ESTATE OF KELLY KOMPKOFF, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br> _____ <br><br> UNITED STATES OF AMERICA, <br><br> Third-party plaintiff <br><br> vs. <br><br> MATTHEW KOMPKOFF, <br><br> Third-party defendant. <br> _____ | Case No. 3:09-cv-00210 SLG <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **STIPULATION OF DISMISSAL** <br> **[F.R. Civ. 41(2)]** |

COME NOW the parties hereto, by and through their respective counsel, and hereby stipulate and agree that the above-entitled case may be dismissed, with each party paying their own fees and costs.

Respectfully submitted this 12th day of October, 2012 at Anchorage, Alaska.

>FORTIER & MIKKO, P.C.
>Attorneys for Plaintiff
>
>By: s/Samuel J. Fortier
>    Samuel J. Fortier, Esq.
>    FORTIER & MIKKO, P.C.
>    101 West Benson, Suite 304
>    Anchorage, Alaska 99503
>    Ph: (907) 277-4222
>    Fax: (907) 277-4221
>    Email: sfortier@fortmikk.alaska.com
>    Alaska Bar No. 8211115

Respectfully submitted this 12th day of October, 2012 at Anchorage, Alaska.

>KAREN L. LOEFFLER
>United States Attorney
>
>By: s/E. Bryan Wilson
>    Assistant U.S. Attorney
>    222 West 7th Avenue, #9, Room 253
>    Anchorage, AK 99513-7567
>    Ph: (907) 271-3388
>    Fax: (907) 271-2344
>    Email: Bryan.Wilson@usdoj.gov
>    Florida Bar No. 604501

2

*Patricia Schwalenberg PR of the Estate of Kelly Kompkoff v. United States, et al.*
Case No. 3:09-cv-00210 SLG
Stipulation for Dismissal

Case 3:09-cv-00210-SLG   Document 57   Filed 10/12/12   Page 2 of 3

**Certificate of Service**
The undersigned certifies that on the 12th day
of October, 2012 a true and correct copy of the
foregoing was served electronically on:

E. Bryan Wilson

s/ Samuel J. Fortier

3
*Patricia Schwalenberg PR of the Estate of Kelly Kompkoff v. United States, et al.*
Case No. 3:09-cv-00210 SLG
Stipulation for Dismissal
Case 3:09-cv-00210-SLG   Document 57   Filed 10/12/12   Page 3 of 3